# United States District Court

## Western District of Kentucky

Chambers of

Charles R. Simpson III

District Judge

247 U. S. Courthouse

601 W. Broadway

Louisville, Kentucky 40202

(502) 625-3600

April 18, 2008

Honorable Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Smith:

I am happy to respond to your letter of April 11, 2008 regarding my Calendar Year 2007 Filing.

You have posed inquires in paragraphs 2, 3, 4, 5, 6, and 7 of your letter. Therefore, I will respond in that order. Please note that all citations in my response refer to Part VII.

**Response to Paragraph 2.** I thought Line 15 covered it. If not, add C(1) K and C(2) T to Lines 2 and 12-14.

**Response to Paragraph 3.** From the internet, it looks like both Euro Pacific Growth Fund and Growth Fund of America are sponsored by "American Funds."

**Response to Paragraph 4.** My error! Change C(1) to L on Page 5 Line 9.

**Response to Paragraph 5.** Page 6, Line 22, D(3) ought to be K rather than E. Line 23, D(3) ought to be J rather than A.

**Response to Paragraph 6.** Page 6, Line 29, D(3) ought to be K. Line 30, D(3) ought to be K.

**Response to Paragraph 7.** My error! Add Dreyfus Strategic Municipal Fund to Page 9, Line 100. B(1) A, B(2) Div., C(1) J, C(2) T.

Thank you for your attention to this matter. I trust you will contact me if you have any additional questions.

Yours very truly,



Charles R. Simpson III
United States District Judge

CRS/ngb

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Simpson, Charles R | Ky WD | 3-10-08 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 1-1-07 to 12-31-07 |

| 7. Chambers or Office Address | 8. On the basis of the Information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 601 W. Broadway #247<br>Louisville, KY, 40202 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | ▓▓▓▓▓▓▓ | ▓▓▓▓▓ |
| 2. | Executor | Estate #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simpson, Charles, R | 3-10-08 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | International | 11-9 11-19 | Buenos Aires | Lecture | Transportation, Lodging |
| 2. | Judicial | | Mar del Plata | | Some meals |
| 3. | Academy | | Argentina | | |
| 4. | American Councils International Edu. | 9-11 9-14 | Washington DC | Meetings with Russia Justice Sidorenko Supreme Ct. | Trans, Lodging, Meals |
| 5. | American Councils International Edu | 6-6 6-9 | Washington DC | Orientation of Russian Judicial Delegation | Trans Lodging Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Simpson, Charles R. | 3-10-05 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simpson, Charles R. | 3-10-08 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. GE common | A | Div | K | T | | | | | |
| 2. Blackrock Muni MM Fund | A | Div | | | Sell Part | 3/28 | J | A | |
| 3. Allianz Funds Multi Mgr Series | A | Div | K | T | Buy Part | 4/15 | J | | |
| 4. Calamos Inv. New Growth Fund | A | Div | K | T | Buy Part | 4/18 | J | | |
| 5. Davis N.Y. Venture Fund | A | Div | K | T | Buy Part | 4/18 | J | | |
| 6. Euro-Pacific Growth Fund | A | Div | K | T | Buy Part | 4/8 | J | | |
| 7. Growth Fund of America | A | Div | K | T | Buy Part | 4/18 | J | | |
| 8. Royce Total Return Fund | A | Div | K | T | Buy Part | 4/18 | J | | |
| 9. Thornburg Inv. Tr. Intl Value Fund | A | Div | K | T | Buy Part | 4/18 | J | | |
| 10. Blackrock Muni MM Fund | A | Div | K | T | Buy Part | 4/20 | L | ← | Same |
| 11. Blackrock Muni MM Fund | A | Div | K | T | Sell Part | 4/23 | L | ← | |
| 12. Blackrock Muni MM Fund | A | Div | | | Sell Part | 6/6 | J | A | |
| 13. Blackrock Muni MM Fund | A | Div | | | Sell Part | 9/16 | J | A | |
| 14. Blackrock Muni MM Fund | A | Div | | | Sell Part | 12/4 | J | A | |
| 15. Blackrock Muni MM Fund | A | Div | K | T | | | | | |
| 16. Allianz Funds Multi Manager Series | C | Div/Cap Gain | K | T | | | | | |
| 17. Calamos Inv. Trust New Growth Fund | D | Div/Cap Gain | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simpson Charles R | 3-10-08 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Davis N.Y. Venture Fund | A | Div | K | T | | | | | |
| 2. Euro Pacific Growth Fund | C | Div/cap gain | K | T | | | | | |
| 3. Growth Fund of America | C | Div/cap gain | L | T | | | | | |
| 4. Royce Fund Total Return | C | Div/cap gain | K | T | | | | | |
| 5. Thornburg Inv. Trust Intl Value Fund | C | Div/cap gain | K | T | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. Lou Fed C.U. | B | Int | K | T | | | | | |
| 9. Ky Telco C.U. | C | Int | F | T | | | | | |
| 10. Dupree Tax-Free Income Series | D | Div | M | T | | | | | |
| 11. Dupree Intermediate Government Bond Series | C | Div | L | T | | | | | |
| 12. U.S. Bank C.D. | C | Div | L | T | | | | | |
| 13. Prudent Fin. Act. | A | Int | | | Sell | 8/13 | K | A | |
| 14. MM Bonds | B | Int | K | T | | | | | |
| 15. E Bonds | A | Int | K | T | | | | | |
| 16. Stockyards Bank CDs | C | Int | | | Sell | 3/26 | N | A | Bought 5-5-06 |
| 17. Stockyards Bank CD | D | Int | | | Sell | 7/12 | N | A | Bought 6-15-06 |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Simpson Charles R | 3-10-08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

*Incorrectly shown as 12/03 by mistake*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Stockyards Bank CD | D | INT | | | Sell | 7/12 | N | A | Bought 6·20·06 |
| 19. Stockyards Bank CD | C | INT | | | Sell | 7/12 | M | A | Bought |
| 20. Stockyards Bank CD | C | INT | | | Sell | 7/12 | M | A | Bought |
| 21. Stockyards Bank CD | C | INT | | | Buy | 4/18 | M | | |
| 22. Stockyards Bank CD | A | INT | | | Buy | 7/12 | E | | |
| 23. Stockyards Bank MMDA | A | INT | | | Sell | 3/26 | A | | |
| 24. Stockyards Bank 50 Act | A | INT | | | | | | | |
| 25. Stockyards Bank CD | C | INT | | | Buy | 3/26 | M | | |
| 26. | | | | | | | | | |
| 27. Vanguard Admiral Treas MM | C | Div | J | Q T | Sell Part | 8/13 | K | A | |
| 28. " | | | | | Sell Part | 9/7 | K | A | |
| 29. Vanguard Short-Term Treasury | C | DIV | L | Q T | Buy Part | 7/13 | | | |
| 30. " | | | | | Buy Part | 9/7 | | | |
| 31. Vanguard Total St. Mkt Idx Fund | B | DIV | K | Q T | | | | | |
| 32. Angelica Com | A | DIV | J | T | | | | | |
| 33. Barrick Com | A | DIV | | | Sell | 9/24 | J | A | |
| 34. Channing Towns Com | A | DIV | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIMPSON CHARLES R | 3-10-08 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JOHNSON OUTDOORS Com | A | DIV | J | T | | | | | |
| 19. SAFECO Com Com | A | DIV | J | T | | | | | |
| 20. | | | | | | | | | |
| 21. VANGUARD ADMIRAL TREAS MM | B | DIV | K | T | SELL PART | 8/13 | K | A | |
| 22. " | | | | | SELL PART | 9/7 | K | A | |
| 23. VANGUARD SHORT-TERM TREAS | B | DIV | L | T | BUY PART | 9/7 | K | | |
| 24. " | | | | | BUY PART | 9/13 | K | | |
| 25. VANGUARD TOTAL STOCK MKT IDX | B | DIV | K | T | | | | | |
| 26. ASA Com | A | DIV | | | SELL | 10/11 | K | B | |
| 27. BARRICK Com | A | DIV | | | SELL | 10/9 | J | A | |
| 28. CASUAL MALE RET. GRP. Com | A | DIV | J | T | | | | | |
| 29. CHURCHILL DOWNS Com | A | DIV | J | T | | | | | |
| 30. CROSS AT Com | A | DIV | J | T | | | | | |
| 31. JOHNSON OUTDOORS Com | A | DIV | K | T | | | | | |
| 32. GLIMCHER REALTY TRUST Com | A | DIV | J | T | | | | | |
| 33. VENTAS | A | DIV | L | T | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simpson, Clark. R. | 3-10-08 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Admiral Treas MM | E | DIV | P1 | T | Buy Pay | 7/12 | P1 | | |
| 36. " | | | | | Sell Pay | 9/13 | K | A | |
| 37. " | | | | | Sell Pay | 7/21 | J | A | |
| 38. " | | | | | Sell Pay | 9/28 | J | A | |
| 39. " | | | | | Sell Pay | 9/5 | J | A | |
| 40. " | | | | | Sell Pay | 9/7 | K | A | |
| 41. " | | | | | Sell Pay | 10/5 | K | A | |
| 42. " | | | | | Sell Pay | 11/9 | K | A | |
| 43. " | | | | | Sell Pay | 11/26 | K | A | |
| 44. Vanguard Tax-Man. Cap. Apprec. | B | DIV | L | T | Buy Pay | 9/13 | J | | |
| 45. " | | | | | Buy Pay | 8/21 | J | | |
| 46. " | | | | | Buy Pay | 8/28 | J | | |
| 47. " | | | | | Buy Pay | 9/7 | K | | |
| 48. " | | | | | Buy Pay | 11/26 | K | | |
| 49. Vanguard Tax-Man. Int'l Fund | A | DIV | K | T | Buy Pay | 8/13 | J | | |
| 50. " | | | | | Buy Pay | 9/7 | J | | |
| 51. " | | | | | Buy Pay | 11/26 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simpson, Charles R | 3-10-00 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Tax-Man. Small Cap Fund | A | Div | K | T | Buy part | 8/13 | J | | |
| 87. " | | | | | Buy part | 9/7 | J | | |
| 88. " | | | | | Buy part | 11/26 | J | | |
| 89. Churchill Downs Com | A | Div | K | T | | | | | |
| 90. Healthsouth Com | A | Div | J | T | | | | | |
| 91. National Health Investors Com | A | Div | J | T | | | | | |
| 92. Penna REIT Com | A | Div | J | T | | | | | |
| 93. Ventas Com | B | Div | K | T | | | | | |
| 94. | | | | | | | | | |
| 95. Vanguard Treas MM Fnd | B | Div | K | T | Sell part | 9/5 | J | A | |
| 96. Vanguard Total St Mkt Idx Fund | A | Div | J | T | | | | | |
| 97. Exelon Com | A | Div | K | T | | | | | |
| 98. FPL Group Com | A | Div | J | T | | | | | |
| 99. GE Com | B | Div | K | T | | | | | |
| 100. | | | | | | | | | |
| 101. Estate #1 | | | | | | | | | |
| 102. Stockyards Bank Act | A | Int | | | Sell | 5/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simpson, Charles R | 3-10-08 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Stock Yards MMPA-P Act. | A | INT | | | SELL | 2/14 | M | A | |
| 87. Stock Yards Bank CD | A | INT | | | SELL | 2/14 | K | A | |
| 88. Stock Yards Bank CD | A | INT | | | SELL | 2/14 | M | A | |
| 89. Stock Yands Bank CD | A | INT | | | SELL | 2/14 | K | A | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIMPSON, CHARLES R | 3-10-08 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

SIMPSON, CHARLES R    3-10-08

| Name of Person Reporting | Date of Report |
|---|---|
| Simpson, Charles R. | 3-10-08 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544